# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CORBIN J. HOWARD, | : | |
| Plaintiff, | : | Case No. 3:11cv00287 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| REID HOSPITAL, et al., | : | |
| Defendants. | : | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that on January 3, 2012, Defendants Reid Hospital and Shannon Roshan filed a Motion to Dismiss. (Doc. #s 17, 18). You should receive a copy of the Motion directly from those Defendants.

Under the rules of this Court (S.D. Ohio Civ. R. 7.2), you are allowed twenty-one days from the date of service (January 3, 2012) within which to file a response to the Motion to Dismiss, plus an extra three days if the Motion was served on you by mail. Your response to the Motion to Dismiss must be filed with the Court **not later than January 27, 2012**. If you fail to file a timely response to the Motion to Dismiss, your claims against Defendants Reid Hospital and Shannon Roshan may be dismissed.

January 6, 2012

    s/Sharon L. Ovington  
Sharon L. Ovington  
United States Magistrate Judge