IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CORBIN J. HOWARD, | : | |
| Plaintiff, | : | Case No. 3:11cv00287 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| REID HOSPITAL, et al., | : | |
| Defendants. | : | |

## DECISION AND ENTRY

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #29), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on April 4, 2012 (Doc. #29) is ADOPTED in full;

2. Defendant Reid Hospital and Shannon Roshan's Motion to Dismiss (Doc. #17) is GRANTED and this case DISMISSED with prejudice as to these parties;

3. Reid Defendants' Motion to Strike and for Sanctions (Doc. #25) is DENIED;

4. Reid Defendants' Motion to Designate Trial Attorneys (Doc. #19) is DENIED as moot;

5. The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal would not

       be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is denied; and,

6. The case remains pending on the docket of this Court.

4/25/2012                                                          *\*s/THOMAS M. ROSE*

                                                                            Thomas M. Rose
                                                           United States District Judge