# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

CORBIN J. HOWARD,                    :

    Plaintiff,                    :        Case No. 3:11cv00287

 vs.                                  :        District Judge Thomas M. Rose
                                              Magistrate Judge Sharon L. Ovington

REID HOSPITAL, et al.,               :

    Defendants.                   :

---

# DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #29), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.  The Report and Recommendations filed on April 4, 2012 (Doc. #29) is ADOPTED in full;

2.  Defendant Reid Hospital and Shannon Roshan's Motion to Dismiss (Doc. #17) is GRANTED and this case DISMISSED with prejudice as to these parties;

3.  Reid Defendants' Motion to Strike and for Sanctions (Doc. #25) is DENIED;

4.  Reid Defendants' Motion to Designate Trial Attorneys (Doc. #19) is DENIED as moot;

5.  The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal would not

be taken in good faith, and consequently, leave for Plaintiff to appeal *in forma pauperis* is denied; and,

6. The case remains pending on the docket of this Court.


4/25/2012                                                          ***s/THOMAS M. ROSE***


                                        _____
                                                        Thomas M. Rose
                                                United States District Judge